OCTOBER 26, 2012

No. 11–1327. EVANS *v.* MICHIGAN. Sup. Ct. Mich. [Certiorari granted, 567 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

OCTOBER 29, 2012

No. 11–10139. MAURICIO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Miller* v. *Alabama,* 567 U. S. 460 (2012).

No. 12–6070. LEWIS *v.* WASHINGTON. Ct. App. Wash. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) (*per curiam*).

No. 12–6243. CUTAIA *v.* BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12M37. CHINA TERMINAL & ELECTRIC CORP. ET AL. *v.* WILLEMSEN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLEMSEN, ET AL. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.